HEATHER E. WILLIAMS, #122664
Federal Defender
RACHELLE BARBOUR, #185395
Attorney
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
rachelle.barbour@fd.org

Attorney for Defendant
MARK McLEOD WYGANT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No.  Cr.S. 15-037-MCE |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER TO CONTINUE ) STATUS CONFERENCE |
| v. | ) |
| MARK McLEOD WYGANT, | ) Date:  August 20, 2015 ) Time: 9:00 a.m. ) Judge: Hon. Morrison C. England Jr. |
| Defendant. | ) |

MARK McLEOD WYGANT by and through his counsel, RACHELLE BARBOUR, of the Office of the Federal Defender, and the plaintiff, by and through Assistant United States Attorney MATTHEW MORRIS, hereby agree and request that the status conference set for July 9, 2015, be continued to August 20, 2015, at 9:00 a.m.

The reason for this continuance is that defense counsel needs additional time to review provided discovery, conduct defense investigation, and discuss the case with Mr. Wygant and the government.  This continuance is necessary for the ongoing preparation of counsel.  Counsel, along with the defendant, agree that the time from July 9, 2015 through August 20, 2015, should be excluded in computing the time within which trial must commence under the Speedy Trial Act, §§3161(h)(7)(A)and(B)(iv) and Local Code T4, [reasonable time to prepare] and that

//

//

the ends of justice served by this continuance outweigh the best interests of the public and the defendant in a speedy trial.

DATED: July 6, 2015                    Respectfully submitted,

                                                HEATHER E. WILLIAMS
                                                Federal Defender

                                                /s/ Rachelle D. Barbour
                                                RACHELLE D. BARBOUR
                                                Attorney for Defendant
                                                MARK McLEOD WYGANT

DATED: July 6, 2015                    BENJAMIN B. WAGNER
                                                United States Attorney

                                                /s/ Rachelle Barbour for Matthew Morris
                                                MATTHEW MORRIS
                                                Assistant United States Attorney

O R D E R

This matter is hereby continued to August 20, 2015, at 9:00 a.m., for further Status Conference. Pursuant to 18 U.S.C. §3161 (h)(7)(B)(iv) and Local Code T4, the period from July 9, 2015 up to and including August 20, 2015, is excluded from the time computations required by the Speedy Trial Act due to ongoing preparation of counsel, and the ends of justice served by this continuance outweigh the best interests of the public and the defendants in a speedy trial.

IT IS SO ORDERED.

Dated: July 8, 2015

                                                MORRISON C. ENGLAND, JR., CHIEF JUDGE
                                                UNITED STATES DISTRICT COURT