HEATHER E. WILLIAMS, #122664
Federal Defender
RACHELLE BARBOUR, #185395
Attorney
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
rachelle.barbour@fd.org

Attorney for Defendant
MARK McLEOD WYGANT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.  Cr.S. 15-037-MCE |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| v. | ) ) | Date:   November 5, 2015 |
| MARK McLEOD WYGANT, | ) | Time:   9:00 a.m. |
| Defendant. | ) ) ) ) | Judge: Hon. Morrison C. England Jr. |

    MARK McLEOD WYGANT by and through his counsel, RACHELLE BARBOUR, of the Office of the Federal Defender, and the plaintiff, by and through Assistant United States Attorney MATTHEW MORRIS, hereby agree and request that the status conference set for September 17, 2015, be continued to November 5, 2015, at 9:00 a.m.

    The reason for this continuance is that defense counsel needs additional time to review provided discovery, conduct defense investigation, and discuss the case with Mr. Wygant and the government.  This continuance is necessary for the ongoing preparation of counsel.  Counsel, along with the defendant, agree that the time from September 17, 2015 through November 5, 2015, should be excluded in computing the time within which trial must commence under the Speedy Trial Act, §§3161(h)(7)(A)and(B)(iv) and Local Code T4, [reasonable time to prepare]

//

//

and that the ends of justice served by this continuance outweigh the best interests of the public and the defendant in a speedy trial.

DATED:  September 15, 2015          Respectfully submitted,

                                      HEATHER E. WILLIAMS
                                      Federal Defender

                                      /s/ Rachelle D. Barbour
                                      RACHELLE D. BARBOUR
                                      Attorney for Defendant
                                      MARK McLEOD WYGANT

DATED:  September 15, 2015          BENJAMIN B. WAGNER
                                      United States Attorney

                                      /s/ Rachelle Barbour for Matthew Morris
                                      MATTHEW MORRIS
                                      Assistant United States Attorney

## O R D E R

IT IS HEREBY ORDERED that this matter is continued to November 5, 2015, at 9:00 a.m., for further Status Conference.  Pursuant to 18 U.S.C. §3161 (h)(7)(B)(iv) and Local Code T4, the period from September 17, 2015 up to and including November 5, 2015, is excluded from the time computations required by the Speedy Trial Act due to ongoing preparation of counsel, and that the ends of justice served by this continuance outweigh the best interests of the public and the defendants in a speedy trial.

IT IS SO ORDERED.

Dated:  September 18, 2015

                                        _____
                                        MORRISON C. ENGLAND, JR., CHIEF JUDGE
                                        UNITED STATES DISTRICT COURT