HEATHER E. WILLIAMS, #122664
Federal Defender
RACHELLE BARBOUR, #185395
Attorney
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
rachelle.barbour@fd.org

Attorney for Defendant
MARK McLEOD WYGANT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.  Cr.S. 15-037-MCE |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER TO CONTINUE |
| | ) | STATUS CONFERENCE |
| v. | ) | |
| | ) | Date:   December 3, 2015 |
| MARK McLEOD WYGANT, | ) | Time:  9:00 a.m. |
| | ) | Judge: Hon. Morrison C. England Jr. |
| Defendant. | ) | |
| | ) | |
| | ) | |

MARK McLEOD WYGANT by and through his counsel, RACHELLE BARBOUR, of

the Office of the Federal Defender, and the plaintiff, by and through Assistant United States

Attorney MATTHEW MORRIS, hereby agree and request that the status conference set for

November 5, 2015, be continued to December 3, 2015, at 9:00 a.m.

The reason for this continuance is that defense counsel needs additional time to review

provided discovery, conduct defense investigation, and discuss the case with Mr. Wygant and the

government.  This continuance is necessary for the ongoing preparation of counsel.  Counsel,

along with the defendant, agree that the time from November 5, 2015 through December 3, 2015,

should be excluded in computing the time within which trial must commence under the Speedy

Trial Act, §§3161(h)(7)(A)and(B)(iv) and Local Code T4, [reasonable time to prepare]

//

//

1   and that the ends of justice served by this continuance outweigh the best interests of the public

2   and the defendant in a speedy trial.

3   DATED:  November 2, 2015                    Respectfully submitted,

4                                               HEATHER E. WILLIAMS
                                                Federal Defender
5
                                                /s/ Rachelle D. Barbour
6                                               RACHELLE D. BARBOUR
                                                Attorney for Defendant
7                                               MARK McLEOD WYGANT

8   DATED:  November 2, 2015                    BENJAMIN B. WAGNER
                                                United States Attorney
9
                                                /s/ Rachelle Barbour for Matthew Morris
10                                              MATTHEW MORRIS
                                                Assistant United States Attorney
11

12

13                                     O R D E R

14          It is hereby ordered that this matter is continued to December 3, 2015, at 9:00 a.m., for

15   further Status Conference.  It is further ordered that pursuant to 18 U.S.C. §3161 (h)(7)(B)(iv)

16   and Local Code T4, the period from November 5, 2015 up to and including December 3, 2015, is

17   excluded from the time computations required by the Speedy Trial Act due to ongoing

18   preparation of counsel, and that the ends of justice served by this continuance outweigh the best

19   interests of the public and the defendants in a speedy trial.

20          IT IS SO ORDERED.

21   DATED:  November 10, 2015

22

23

24

25   _____
     MORRISON C. ENGLAND, JR, CHIEF JUDGE
26   UNITED STATES DISTRICT COURT

27

28