HEATHER E. WILLIAMS, #122664
Federal Defender
RACHELLE BARBOUR, #185395
Attorney
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
rachelle.barbour@fd.org

Attorney for Defendant
MARK McLEOD WYGANT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.  Cr.S. 15-037-GEB |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE |
| v. | ) ) | Date:   April 22, 2016 |
| MARK McLEOD WYGANT, | ) ) | Time:   9:00 a.m. Judge: Hon. Garland E. Burrell Jr. |
| Defendant. | ) ) ) | |

Defendant MARK McLEOD WYGANT by and through his counsel, RACHELLE BARBOUR, of the Office of the Federal Defender, and the plaintiff, by and through Assistant United States Attorney MATTHEW MORRIS, hereby agree and request that the status conference set for March 4, 2016, be continued to April 22, 2016, at 9:00 a.m.

The reason for this continuance is that defense counsel needs additional time to review the case with Mr. Wygant and the government to discuss a resolution.  This continuance is necessary for the ongoing preparation of counsel.  Counsel, along with the defendant, agree that the time from March 4, 2016 through April 22, 2016, should be excluded in computing the time within which trial must commence under the Speedy Trial Act, §§3161(h)(7)(A)and(B)(iv) and

//

//

Local Code T4, [reasonable time to prepare] and that the ends of justice served by this continuance outweigh the best interests of the public and the defendant in a speedy trial.

DATED:  February 29, 2016          Respectfully submitted,

                                                 HEATHER E. WILLIAMS
                                                 Federal Defender

                                                 /s/ Rachelle D. Barbour
                                                 RACHELLE D. BARBOUR
                                                 Attorney for Defendant
                                                 MARK McLEOD WYGANT

DATED:  February 29, 2016          BENJAMIN B. WAGNER
                                                 United States Attorney

                                                 /s/ Rachelle Barbour for Matthew Morris
                                                 MATTHEW MORRIS
                                                 Assistant United States Attorney

O R D E R

IT IS HEREBY ORDERED that this matter is continued to April 22, 2016, at 9:00 a.m., for further Status Conference.

IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161 (h)(7)(B)(iv) and Local Code T4, the period from March 4, 2016 up to and including April 22, 2016, is excluded from the time computations required by the Speedy Trial Act due to ongoing preparation of counsel, and that the ends of justice served by this continuance outweigh the best interests of the public and the defendants in a speedy trial.

Dated:  March 1, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge