HEATHER E. WILLIAMS, #122664
Federal Defender
RACHELLE BARBOUR, #185395
Attorney
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
rachelle.barbour@fd.org

Attorney for Defendant
MARK McLEOD WYGANT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. Cr.S. 15-037-GEB |
| Plaintiff, | AMENDED STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE |
| v. | |
| MARK McLEOD WYGANT, | Date: May 20, 2016 |
| Defendant. | Time: 9:00 a.m. |
| | Judge: Hon. Garland E. Burrell Jr. |

Defendant MARK McLEOD WYGANT by and through his counsel, RACHELLE BARBOUR, of the Office of the Federal Defender, and the plaintiff, by and through Assistant United States Attorney MATTHEW MORRIS, hereby agree and request that the status conference set for April 22, 2016, be continued to May 20, 2016, at 9:00 a.m.

The reason for this continuance is that defense counsel needs additional time to review the case with Mr. Wygant and the government to discuss a resolution.  This continuance is necessary for the ongoing preparation of counsel.  Counsel, along with the defendant, agree that the time from April 22, 2016 through May 20, 2016, should be excluded in computing the time within which trial must commence under the Speedy Trial Act, §§3161(h)(7)(A)and(B)(iv)

//

//

//

-1-

and Local Code T4, [reasonable time to prepare] and that the ends of justice served by this continuance outweigh the best interests of the public and the defendant in a speedy trial.

DATED: April 7, 2016                                   Respectfully submitted,

                                                       HEATHER E. WILLIAMS
                                                       Federal Defender

                                                       /s/ Rachelle D. Barbour
                                                       RACHELLE D. BARBOUR
                                                       Attorney for Defendant
                                                       MARK McLEOD WYGANT

DATED: April 7, 2016                                   BENJAMIN B. WAGNER
                                                       United States Attorney

                                                       /s/ Rachelle Barbour for Matthew Morris
                                                       MATTHEW MORRIS
                                                       Assistant United States Attorney

O R D E R

IT IS HEREBY ORDERED that this matter is continued to May 20, 2016, at 9:00 a.m., for further Status Conference.

IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161 (h)(7)(B)(iv) and Local Code T4, the period from April 22, 2016 up to and including May 20, 2016, is excluded from the time computations required by the Speedy Trial Act due to ongoing preparation of counsel, and that the ends of justice served by this continuance outweigh the best interests of the public and the defendants in a speedy trial.

Dated: April 7, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge