HEATHER E. WILLIAMS, #122664
Federal Defender
RACHELLE BARBOUR, #185395
Attorney
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
rachelle.barbour@fd.org

Attorney for Defendant
MARK McLEOD WYGANT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.  Cr. S. 15-037-GEB |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE |
| v. | ) ) | Date:   August 5, 2016 |
| MARK McLEOD WYGANT, | ) ) | Time:   9:00 a.m. Judge: Hon. Garland E. Burrell Jr. |
| Defendant. | ) ) ) |  |

Defendant MARK McLEOD WYGANT by and through his counsel, RACHELLE BARBOUR, of the Office of the Federal Defender, and the plaintiff, by and through Assistant United States Attorney MATTHEW MORRIS, hereby agree and request that the status conference set for June 17, 2016, be continued to August 5, 2016, at 9:00 a.m.

The reason for this continuance is that defense counsel needs additional time to review the case with Mr. Wygant and the government to discuss a resolution.  This continuance is necessary for the ongoing preparation of counsel.  Counsel, along with the defendant, agree that the time from June 17, 2016 through August 5, 2016, should be excluded in computing the time within which trial must commence under the Speedy Trial Act, §§3161(h)(7)(A)and(B)(iv)

//

//

//

and Local Code T4, [reasonable time to prepare] and that the ends of justice served by this continuance outweigh the best interests of the public and the defendant in a speedy trial.

DATED: June 15, 2016        Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

/s/ Rachelle D. Barbour
RACHELLE D. BARBOUR
Attorney for Defendant
MARK McLEOD WYGANT

DATED: June 15, 2016        PHILLIP A. TALBERT
Acting United States Attorney

/s/ Rachelle Barbour for Matthew Morris
MATTHEW MORRIS
Assistant United States Attorney

O R D E R

IT IS HEREBY ORDERED that this matter is continued to August 5, 2016, at 9:00 a.m., for further Status Conference.

IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161 (h)(7)(B)(iv) and Local Code T4, the period from June 17, 2016 up to and including August 5, 2016, is excluded from the time computations required by the Speedy Trial Act due to ongoing preparation of counsel, and that the ends of justice served by this continuance outweigh the best interests of the public and the defendants in a speedy trial.

Dated: June 15, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge