1   HEATHER E. WILLIAMS, #122664
    Federal Defender
2   RACHELLE BARBOUR, #185395
    Attorney
3   801 I Street, 3rd Floor
    Sacramento, CA  95814
4   Tel: 916-498-5700/Fax 916-498-5710
    rachelle.barbour@fd.org
5
    Attorney for Defendant
6   MARK McLEOD WYGANT

7
                    IN THE UNITED STATES DISTRICT COURT
8
                 FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10  UNITED STATES OF AMERICA,        )  Case No.  Cr.S. 15-037-GEB
                                     )
11                      Plaintiff,   )  STIPULATION AND [PROPOSED] ORDER
                                     )  TO CONTINUE STATUS CONFERENCE
12  v.                               )
                                     )  Date:  November 18, 2016
13  MARK McLEOD WYGANT,              )  Time:  9:00 a.m.
                                     )  Judge: Hon. Garland E. Burrell Jr.
14                      Defendant.   )
                                     )
15  _____ )

16          Defendant MARK McLEOD WYGANT by and through his counsel, RACHELLE

17  BARBOUR, of the Office of the Federal Defender, and the plaintiff, by and through Assistant

18  United States Attorney MATTHEW MORRIS, hereby agree and request that the status

19  conference set for September 23, 2016, be continued to November 18, 2016, at 9:00 a.m.

20          The reason for this continuance is that defense counsel needs additional time to review

21  the case with Mr. Wygant and the government to discuss a resolution.  This continuance is

22  necessary for the ongoing preparation of counsel.  Counsel, along with the defendant, agree that

23  the time from September 23, 2016 through November 18, 2016, should be excluded in

24  computing the time within which trial must commence under the Speedy Trial Act,

25  §§3161(h)(7)(A)and(B)(iv)  and Local Code T4, [reasonable time to prepare] and that the ends of

26  //

27  //

28

                                       -1-

1  justice served by this continuance outweigh the best interests of the public and the defendant in a

2  speedy trial.

3  DATED:  September 22, 2016                    Respectfully submitted,

4                                                              HEATHER E. WILLIAMS
                                                             Federal Defender
5
                                                             /s/ Rachelle D. Barbour
6                                                            RACHELLE D. BARBOUR
                                                             Attorney for Defendant
7                                                            MARK McLEOD WYGANT

8  DATED:  September 22, 2016                    PHILLIP A. TALBERT
                                                             Acting United States Attorney
9
                                                             /s/ Rachelle Barbour for Matthew Morris
10                                                          MATTHEW MORRIS
                                                             Assistant United States Attorney
11

12

13
                                              O R D E R
14
           IT IS HEREBY ORDERED that this matter is continued to November 18, 2016, at 9:00
15
    a.m., for further Status Conference.
16
           IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161 (h)(7)(B)(iv) and Local
17
    Code T4, the period from September 23, 2016 up to and including November 18, 2016, is
18
    excluded from the time computations required by the Speedy Trial Act due to ongoing
19
    preparation of counsel, and that the ends of justice served by this continuance outweigh the best
20
    interests of the public and the defendants in a speedy trial.
21
    Dated:  September 22, 2016
22

23

24
                                              _____
25                                            GARLAND E. BURRELL, JR.
                                              Senior United States District Judge
26

27

28
                                              -2-