HEATHER E. WILLIAMS, #122664
Federal Defender
RACHELLE BARBOUR, #185395
Attorney
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
rachelle.barbour@fd.org

Attorney for Defendant
MARK McLEOD WYGANT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.  Cr.S. 15-037-GEB |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE |
| v. | ) ) | Date:   December 16, 2016 |
| MARK McLEOD WYGANT, | ) ) | Time:   9:00 a.m. Judge: Hon. Garland E. Burrell Jr. |
| Defendant. | ) ) ) |  |

Defendant MARK McLEOD WYGANT by and through his counsel, RACHELLE BARBOUR, of the Office of the Federal Defender, and the plaintiff, by and through Assistant United States Attorney MATTHEW MORRIS, hereby agree and request that the status conference set for November 18, 2016, be continued to December 16, 2016, at 9:00 a.m.

The reason for this continuance is that defense counsel needs additional time to review the case with Mr. Wygant and the government to discuss a resolution.  The government needs additional time to obtain approval for the resolution and provide a written plea agreement.  This continuance is necessary for the ongoing preparation of counsel.  Counsel, along with the defendant, agree that the time from today through December 16, 2016, should be excluded in computing the time within which trial must commence under the Speedy Trial Act, §§3161(h)(7)(A)and(B)(iv)  and Local Code T4, [reasonable time to prepare] and that the ends of

//

justice served by this continuance outweigh the best interests of the public and the defendant in a speedy trial.

DATED: November 16, 2016          Respectfully submitted,

                                            HEATHER E. WILLIAMS
                                            Federal Defender

                                            /s/ Rachelle D. Barbour
                                            RACHELLE D. BARBOUR
                                            Attorney for Defendant
                                            MARK McLEOD WYGANT

DATED: November 16, 2016          PHILLIP A. TALBERT
                                            Acting United States Attorney

                                            /s/ Rachelle Barbour for Matthew Morris
                                            MATTHEW MORRIS
                                            Assistant United States Attorney

O R D E R

      IT IS HEREBY ORDERED that this matter is continued to December 16, 2016, at 9:00 a.m., for further Status Conference.

      IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161 (h)(7)(B)(iv) and Local Code T4, the period from today up to and including December 16, 2016, is excluded from the time computations required by the Speedy Trial Act due to ongoing preparation of counsel, and that the ends of justice served by this continuance outweigh the best interests of the public and the defendants in a speedy trial.

Dated: November    , 2016

Dated: November 16, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge