PHILLIP A. TALBERT
United States Attorney
MATTHEW G. MORRIS
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:15-CR-00037-GEB |
| Plaintiff, | |
| v. | FINAL ORDER OF FORFEITURE |
| MARK MCLEOD WYGANT, | |
| Defendant. | |

WHEREAS, on or about January 3, 2017, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 2253, based upon the plea agreement entered into between plaintiff and defendant Mark Mcleod Wygant forfeiting to the United States the following property:

      a. Western Digital external hard drive, serial number 57584131413832563131;

      b. iPhone 4S phone, serial number C8PHKMVADT9V;

      c. SanDisk Cruzer USB drive, serial number 200350018202E23387EC; and

      d. Four cameras seized from the defendant's vehicle on January 29, 2015.

AND WHEREAS, beginning on January 11, 2017, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov.  Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing

to adjudicate the validity of their alleged legal interest in the forfeited property.

AND WHEREAS, no third party has filed a claim to the subject property and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed asset pursuant to 18 U.S.C. § 2253, to be disposed of according to law, including all right, title, and interest of Mark Mcleod Wygant.

2. All right, title, and interest in the above-listed assets shall vest solely in the name of the United States of America.

3. The U.S. Marshals Service shall maintain custody of and control over the subject property until it is disposed of according to law.

SO ORDERED.

Dated:  March 14, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge